UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MERCADO,<br><br>        Plaintiff,<br><br>    v.<br><br>EBAY, INC.,<br><br>        Defendant. | Case No. 20-cv-03053-SVK<br><br>**ORDER DENYING PRO HAC VICE APPLICATIONS**<br><br>Re: Dkt. Nos. 8, 9, 10 |

Attorneys Joseph M. Kaye, Howard M. Bushman, and Adam M. Moskowitz have filed applications for pro hac vice status in the instant case. Dkts. 8, 9, 10. All three attorneys listed Alan Kang as local co-counsel. *Id.* Attorney Kang, however, is not a member of the bar of the Northern District of California. *See* N.D. Cal. Civ. L.R. 11-3(a)(3). Accordingly, the Court **DENIES** the pro hac vice applications without prejudice.

**SO ORDERED.**

Dated: May 11, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge