# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE MERCADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EBAY, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-03053-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE**<br><br>[Re: ECF 30] |

The Motion for Leave to Appear Pro Hac Vice at ECF 30 was filed without a Certificate of Good Standing. Thus, the motion is hereby DENIED without prejudice to re-filing with proper certificates attached.

**IT IS SO ORDERED.**

Dated: July 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge