1    [*Counsel listed on next page*]

2

3

4

5

6

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
9

10   JEANETTE MERCADO, on behalf of herself       No. 20-cv-03052-SVK
     and all others similarly situated,
11                                                 **JOINT STATUS REPORT REGARDING**
12          Plaintiff,                             **COMPLETION OF MEDIATION AND**
                                                   **REQUEST TO CONTINUE STAY**
13   v.

14   EBAY INC., a Delaware Corporation,

15          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1  Alan Kang, Esq. (Bar No. 235080)
   AK LAW, A.C.P.C.
2  333 City Blvd. West, 17th Floor
   Orange, CA 92868-5905
3  Telephone: (714) 388-6937
   Facsimile:  (855) 820-1099
4  Email:  alan@aklawsc.com

5  Adam M. Moskowitz (*pro hac vice*)
   adam@moskowitz-law.com
6  Howard M. Bushman (*pro hac vice*)
   howard@moskowitz-law.com
7  Joseph M. Kaye (*pro hac vice*)
   joseph@moskowitz-law.com
8  THE MOSKOWITZ LAW FIRM, PLLC
9  2 Alhambra Plaza, Suite 601
   Coral Gables, FL 33134
10 Telephone: (305) 740-1423

11 Jeffrey R. Sonn, Esq. *(pro hac vice)*
   Fla. Bar. No. 773514
12 jsonn@sonnlaw.com
13 **Sonn Law Group**
   One Turnberry Place
14 19495 Biscayne Blvd. Suite 607
   Aventura, FL 33180
15 Tel. 305-912-3000
   Fax: 786-485-1501

16 Andrew S. Friedman, Esq. *(pro hac vice)*
17 afriedman@BFFB.com
   Francis J. Balint, Jr., Esq. *(pro hac vice)*
18 fbalint@BFFB.com
   Bonnett Fairbourn Friedman & Balint, P.C.
19 2325 E. Camelback Rd., Suite 300
   Phoenix, AZ 85016
20 Telephone:  (602) 274-1100
   Facsimile:  (602) 274-1199

21 ***Counsel for Plaintiff and the Classes***

22 MAYER BROWN LLP
23 John Nadolenco (SBN 181128)
   *jnadolenco@mayerbrown.com*
24 Daniel D. Queen (SBN 292275)
   *dqueen@mayerbrown.com*
25 MAYER BROWN LLP
26 350 S. Grand Ave., Fl. 25
   Los Angeles, CA 90071
27 Telephone: (213) 229-9500
   Facsimile: (213) 625-0248
28 ***Counsel for Defendant EBAY INC.***

-2-

STATUS REPORT REGARDING COMPLETION OF MEDIATION AND REQUEST FOR STAY

1    Pursuant to the Court's November 9, 2020 Order, Plaintiff Jeanette Mercado ("Plaintiff")

2  and Defendant EBAY, INC. ("eBay" or "Defendant") (together, the "Parties"), submit this status

3  report regarding their progress in settlement discussions.

4    Since the Court graciously  extended the stay of this action on November 9, 2020, the

5  parties have continued their discussions following the mediation and are almost completed.  While

6  the parties have made substantial progress, Judge Gandhi proposed one additional half-day

7  mediation session to be completed within the next two weeks to finalize the settlement.

8  Consequently, the parties respectfully request the Court maintain the stay for an additional two

9  weeks so they can participate in the proposed mediation session and finalize the settlement

10  agreement.  The parties will  provide the Court with a report on the status of their discussions on or

11  before December 4, 2020.

12

13  Dated: November 19, 2020.

                                   Respectfully submitted,

14

                                   By: */s/ Alan Kang*

15

16                                      Alan Kang, Esq. (Bar No. 235080)
                                        **AK LAW, A.C.P.C.**
17                                      333 City Blvd. West, 17th Floor
                                        Orange, CA 92868-5905
18                                      Telephone: (714) 388-6937
                                        Email:  alan@aklawacpc.com
19
                                        Adam M. Moskowitz
20                                      *(pro hac vice)*
                                        adam@moskowitz-law.com
21                                      Howard M. Bushman
                                        *(pro hac vice)*
22                                      howard@moskowitz-law.com
                                        Joseph M. Kaye
23                                      *(pro hac vice)*
                                        joseph@moskowitz-law.com
24                                      **THE MOSKOWITZ LAW FIRM, PLLC**
                                        2 Alhambra Plaza
25                                      Suite 601
                                        Coral Gables, FL 33134
26                                      Telephone: (305) 740-1423

27                                      Jeffrey R. Sonn, Esq.
                                        *(pro hac vice)*
28                                      Fla. Bar. No. 773514
                                        isonn@sonnlaw.com

-3-

STATUS REPORT REGARDING COMPLETION OF MEDIATION AND REQUEST FOR STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sonn Law Group**
One Turnberry Place
19495 Biscayne Blvd. Suite 607
Aventura, FL 33180
Tel. 305-912-3000
Fax: 786-485-1501

Andrew S. Friedman, Esq.
*(pro hac vice)*
afriedman@BFFB.com
Francis J. Balint, Jr., Esq.
*(pro hac vice)*
fbalint@BFFB.com
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

***Counsel for Plaintiff and the Classes***

**By:** *_/s/ John Nadolenco_*

MAYER BROWN LLP
John Nadolenco (SBN 181128)
*jnadolenco@mayerbrown.com*
Daniel D. Queen (SBN 292275)
*dqueen@mayerbrown.com*
MAYER BROWN LLP
350 S. Grand Ave., Fl. 25
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

***Counsel for Defendant EBAY INC.***