[*Counsel listed on next page*]

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEANETTE MERCADO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC., a Delaware Corporation,<br><br>Defendant. | No. 20-cv-03053-SVK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

-1-
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | Alan Kang, Esq. (Bar No. 235080) |
|   | AK LAW, A.C.P.C. |
| 2 | 333 City Blvd. West, 17th Floor |
|   | Orange, CA 92868-5905 |
| 3 | Telephone: (714) 388-6937 |
|   | Facsimile:  (855) 820-1099 |
| 4 | Email:  alan@aklawsc.com |
| 5 | Adam M. Moskowitz (*pro hac vice*) |
|   | adam@moskowitz-law.com |
| 6 | Howard M. Bushman (*pro hac vice*) |
|   | howard@moskowitz-law.com |
| 7 | Joseph M. Kaye (*pro hac vice*) |
| 8 | joseph@moskowitz-law.com |
|   | THE MOSKOWITZ LAW FIRM, PLLC |
| 9 | 2 Alhambra Plaza, Suite 601 |
|   | Coral Gables, FL 33134 |
| 10 | Telephone: (305) 740-1423 |
| 11 | |
|   | Jeffrey R. Sonn, Esq. *(pro hac vice)* |
| 12 | Fla. Bar. No. 773514 |
|   | jsonn@sonnlaw.com |
| 13 | **Sonn Law Group** |
|   | One Turnberry Place |
| 14 | 19495 Biscayne Blvd. Suite 607 |
|   | Aventura, FL 33180 |
| 15 | Tel. 305-912-3000 |
|   | Fax: 786-485-1501 |
| 16 | |
|   | Andrew S. Friedman, Esq. *(pro hac vice)* |
| 17 | afriedman@BFFB.com |
|   | Francis J. Balint, Jr., Esq. *(pro hac vice)* |
| 18 | fbalint@BFFB.com |
|   | Bonnett Fairbourn Friedman & Balint, P.C. |
| 19 | 2325 E. Camelback Rd., Suite 300 |
|   | Phoenix, AZ 85016 |
| 20 | Telephone:  (602) 274-1100 |
|   | Facsimile:  (602) 274-1199 |
| 21 | *Counsel for Plaintiff and the Classes* |
| 22 | |
|   | MAYER BROWN LLP |
| 23 | John Nadolenco (SBN 181128) |
|   | *jnadolenco@mayerbrown.com* |
| 24 | Daniel D. Queen (SBN 292275) |
|   | *dqueen@mayerbrown.com* |
| 25 | MAYER BROWN LLP |
| 26 | 350 S. Grand Ave., Fl. 25 |
|   | Los Angeles, CA 90071 |
| 27 | Telephone: (213) 229-9500 |
|   | Facsimile: (213) 625-0248 |
| 28 | **Counsel for Defendant EBAY INC.** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jeanette Mercado, a settlement agreement being duly executed, voluntarily dismisses with prejudice the above-captioned action against Defendant EBAY, INC. Defendant has not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification. Dismissal with prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for a certified class).

Dated: December 4, 2020.

Respectfully submitted,

By: */s/ Alan Kang*

Alan Kang, Esq. (Bar No. 235080)
**AK LAW, A.C.P.C.**
333 City Blvd. West, 17th Floor
Orange, CA 92868-5905
Telephone: (714) 388-6937
Email:  alan@aklawacpc.com

Adam M. Moskowitz
(*pro hac vice*)
adam@moskowitz-law.com
Howard M. Bushman
(*pro hac vice*)
howard@moskowitz-law.com
Joseph M. Kaye
(*pro hac vice*)
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

Jeffrey R. Sonn, Esq.
*(pro hac vice)*
Fla. Bar. No. 773514
jsonn@sonnlaw.com
**Sonn Law Group**
One Turnberry Place
19495 Biscayne Blvd. Suite 607
Aventura, FL 33180
Tel. 305-912-3000
Fax: 786-485-1501

Andrew S. Friedman, Esq.

*(pro hac vice)*
afriedman@BFFB.com
Francis J. Balint, Jr., Esq.
*(pro hac vice)*
fbalint@BFFB.com
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

***Counsel for Plaintiff and the Classes***